# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0626
_____

T.M., Father of A.M. and J.M.,
Minor Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____

On appeal from the Circuit Court for Hamilton County.
Jamie Tyndal, Judge.

April 21, 2026

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Natalie S. H. Kelley of the Law Office of Natalie S. Hall Kelley, Saint Augustine, for Appellant.

Carolyn Schwarz, Appellate Counsel, Children's Legal Services, Fort Lauderdale, for Department of Children and Families.

Kaila B. Preston of Bradley Arant Boult Cummings LLP, Tampa; and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian ad Litem Office, Tallahassee, o/b/o A.M. and J.M.